UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 14-08485-JMC-7 |
| PAUL DAN POWELL | ) |
| CHIRINE ANEES POWELL | ) |
| | ) |
| DEBTOR. | ) |

**TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS
AND NOTICE OF RESPONSE DEADLINE**

Gregory K. Silver files this **FIRST** Omnibus Objection to Claims pursuant to Fed.R.Bankr.P. 3007(d). **Claimants receiving the objection should locate their names and claims on the attached chart.**

PLEASE TAKE NOTICE THAT any response must be filed with the Bankruptcy Clerk within 30 days of the date of this notice. Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

Clerk, U.S. Bankruptcy Court
U.S. Courthouse
46 E. Ohio Street, Room 116
Indianapolis, IN 46204

The responding party must ensure delivery of the response to the party filing the objection. If a response is NOT timely filed, the requested relief may be granted. If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

WHEREFORE, the Trustee moves the Court for an order disallowing claim(s).

/s/ Gregory K. Silver
Gregory K. Silver, Trustee
342 Massachusetts Avenue, Suite 400
Indianapolis, IN 46204
(317) 263-9417
trusteegksilver@yahoo.com

## TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS

| Claimant | Claim No. | Grounds for Objection | Proposed Treatment |
|---|---|---|---|
| American Honda Finance Corporation | 1 | Trustee did not administer claimant's collateral. | Disallow |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2014, a copy of the foregoing Omnibus Objection and Notice of Response Deadline was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

United States Trustee
ustpregion10.in.ecf@usdoj.gov

Mark S. Zuckerberg
filings@mszlaw.com

James T. Young
james@rubin-levin.net

I further certify that on November 6, 2014, a copy of the foregoing Omnibus Objection and Notice of Response Deadline was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

/s/ Gregory K. Silver
Gregory K. Silver, Trustee

GKS/rem g:\wp80\robin\greg silver\powell, paul & chirine\omnibus objection to claim.rtf